IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                        CASE NO. 1:11-cv-00127-MP-GRJ

BBMJ, LLC, KEITH BROOKING, WILLIAM BROOKS, DOUGLAS JOHNSON, JR., CHRISTOPHER G. MOHR,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on telephone status conference hearing. On October 21, 2011 the Court held a telephone status conference hearing to determine defendants' representation by counsel. All parties participated in the hearing, at which Abraham C. McKinnon stated that he represented Defendant Keith Brooking. Stan Cushman stated that he represented all other defendants including the two that answered the complaint by letter. The parties have agreed to early mediation as long as it does not cause undue delay. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The parties are directed to mediate this matter at a time, place and before a mediator of their choosing. Such mediation shall be scheduled so as to be completed prior to November 11, 2011.

2. All pending motions are stayed pending the outcome of mediation.

**DONE AND ORDERED** this  *21st* day of October, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
