IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                     CASE NO. 1:11-cv-00127-MP-GRJ

BBMJ, LLC, KEITH BROOKING,
WILLIAM BROOKS, DOUGLAS
JOHNSON, JR., CHRISTOPHER G.
MOHR and DOUGLAS JOHNSON, JR.
_____/

## O R D E R

This matter is before the Court on Doc. 21, Joint Motion for Enlargement of Time to Attend Mediation. Due to scheduling conflicts, the parties have been unable to coordinate a mediation date prior to November 11, 2011, as required by the Court's Order. The parties have agreed to mediation on November 29, 2011 in Atlanta, Georgia

Accordingly, it is now **ORDERED** as follows:

1. The parties' joint motion for enlargement of time to attend mediation, Doc. 21, is GRANTED.

2. The parties shall complete mediation on or before December 7, 2011.

**DONE AND ORDERED** this 14th day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge