IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                   CASE NO. 1:11-cv-00127-MP-GRJ

BBMJ, LLC, KEITH BROOKING,
WILLIAM BROOKS,
DOUGLAS JOHNSON, JR.,
CHRISTOPHER G. MOHR,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Mediation Report. On November 29, 2011, in accordance with the Court's order, a mediation conference was conducted by the parties before Michael T. Byrne, Mediator. The mediator reports that a settlement of the case was not possible at that time.

Accordingly, it is now **ORDERED** as follows:

1.     The Clerk is directed to issue an initial scheduling order by separate notice.

**DONE AND ORDERED** this 9th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge