IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.          CASE NO. 1:11-cv-00127-MP-GRJ

BBMJ. LLC, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on the parties' Joint Motion for Extension of Deadlines. (Doc. 38). The parties move the Court for an extension of deadlines for their Rule 26(a) disclosures and Rule 26(f) report to February 10, 2012. A motion for more definite statement is pending before the Court and plaintiff has informed defendants that it intends to seek leave to amend its complaint to include fraudulent conveyance claims against one or more defendants.

Accordingly, it is now **ORDERED** as follows:

1. The parties joint motion for extension of deadlines is GRANTED.

2. The parties shall submit their Rule 26(f) report and make all Rule 26(a) disclosures on or before February 10, 2012.

**DONE AND ORDERED** this 26th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge