IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-00127-MP-GRJ

BBMJ, LLC, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on doc. 44, Stipulated Motion for Extension of Deadline by plaintiff Wells Fargo Bank, N.A., and defendants BBMJ, LLC; Keith Brooking; Christopher G. Mohr; and Douglas Johnson, Jr.[1]  Defendants have until February 24, 2012 to file answers to plaintiff's complaint.  Moreover, the plaintiff's motion to amend its complaint and defendant Brooking's motion to dismiss are pending before the Court.  As such, the parties request the deadline to file disclosures pursuant to Rule 26(a) be extended to February 24, 2012.

Accordingly, it is now **ORDERED** as follows:

1.     The parties' stipulated motion for extension of deadline, doc. 44, is GRANTED.

---

[1] Defendant William Brooks did not participate in either of the parties' planning meetings held on January 9, 2012 or February 9, 2012 and is not a party to the instant motion.

2. The parties shall file their disclosures pursuant to Rule 26(a) on or before February 24, 2012.

**DONE AND ORDERED** this 13th day of February, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge