IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.           CASE NO. 1:11cv127-MP-GRJ

BBMJ LLC, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 9, 2012. (Doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant Brooking's motion to dismiss plaintiff's unjust enrichment claim (doc. 13) is DENIED.

    **DONE and ORDERED** this 14th day of March, 2012.

                               s/ *M. Casey Rodgers*
                               **M. CASEY RODGERS**
                               **CHIEF UNITED STATES DISTRICT JUDGE**