IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                         CASE NO. 1:11cv127-MP-GRJ

BBMJ LLC, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the court on the plaintiff and defendants Brooking and KB 51's Joint Motion for an Order Requiring the Parties to Attend Mediation Within Sixty (60) Days (doc. 91) and Joint Motion for Telephonic Conference or Expedited Hearing (doc. 92). Defendants Johnson and Brooks, oppose the motions, while defendants Mohr and BBMJ take no position. The first mediation, held November 29, 2011, ended in impasse. Nevertheless, the court agrees that a second mediation conference may assist in the just and speedy resolution of this matter.

Accordingly, it is now **ORDERED** as follows:

1. The joint motion for an order requiring the parties to attend mediation within sixty (60) days (doc. 91) is GRANTED.

2. This case is hereby referred to Magistrate Judge Gary R. Jones to conduct mediation on or before September 14, 2012.

3. The parties joint motion for telephonic conference or expedited hearing (doc. 92) is DENIED.

**DONE and ORDERED** this 23rd day of July, 2012.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**