UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WELLS FARGO BANK NA,

    Plaintiff,

v.                                            Case No.  1:11-cv-127-MP-GRJ

BBMJ LLC, et al.,

    Defendants.

_____/

## ORDER

Pending before the Court are: (1) Motion for Extension of Time to Conduct Mediation To Allow For Personal Appearance of Defendant Keith Brooking (Doc. 110), and (2) Notice of Availability For The Personal Appearance of Defendant, Keith Brooking at Settlement Conference. (Doc. 111.)

Defendant advises that he is currently on the roster of the Denver Broncos professional football team. Due to Defendant's participation with the Denver Broncos' training camp and regular football season practice schedule he is unable to personally travel to Gainesville, Florida form Colorado to attend mediation until October 19, 2012, during a bye-week in the Broncos' football schedule. At the recent telephone conference held by the Court the undersigned advised the parties that the personal attendance of Mr. Brooking was essential to the conduct of the settlement conference and therefore his participation by videoconference would not be an available option. Defendant says that none of the parties object and all of the parties are available to attend the settlement conference on October 19, 2012.

Accordingly, upon due consideration, it is **ORDERED**:

1.  The Motion for Extension of Time to Conduct Mediation To Allow For Personal Appearance of Defendant Keith Brooking (Doc. 110) is **GRANTED**.

2.  The settlement conference is rescheduled before the undersigned on **October 19, 2012 at 10:00 a.m.**

**DONE AND ORDERED** this 29th day of August, 2012

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge